# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Jason Varnadoe, et al.
                                    Plaintiff,

v.                                  Case No.: 1:22−cv−00925
                                    Honorable Matthew F. Kennelly

National Railroad Passenger Corp., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's petition for approval of allocation and settlement [21] is granted. The Court approves distribution of the settlement funds as set forth in the petition. The case is dismissed with prejudice and without costs pursuant to settlement, with leave to reinstate on or before September 12, 2022 if the settlement distribution is not completed by that date. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.